**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
DEC 29 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

In re:
Hawkeye Entertainment, LLC

BAP/USDC NO.: CV 20-10656
CASE NO.: 1:19-bk-12102-MT
ADVERSARY NO.:
APPEAL DOCKET ENTRY NO.: 242

Debtor(s)

Plaintiff(s)
vs.

**CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL**

Defendant(s)

To the Clerk of the:
☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
David S Kupetz
Steven F Werth

Attorney of Record for Appellee:
Sanford L Frey

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 12/29/2020      By: Johanne Remy
                         Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee
    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☐ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☒ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:
    Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com
    Steven Werth    swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;
    dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
    David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;
    dkupetz@ecf.courtdrive.com
    Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**