| | |
|---|---|
| 1  David S. Kupetz (CA Bar No. 125062)<br>   dkupetz@sulmeyerlaw.com<br>2  Steven F. Werth (CA Bar No. 205434)<br>   swerth@sulmeyerlaw.com<br>3  **Sulmeyer**Kupetz<br>   A Professional Corporation<br>4  333 South Grand Ave., Suite 3400<br>   Los Angeles, California 90071<br>5  Telephone: 213.626.2311<br>   Facsimile: 213.629.4520<br>6<br>   Attorneys for<br>7  Smart Capital Investments I, LLC,<br>   Smart Capital Investments II, LLC,<br>8  Smart Capital Investments III, LLC,<br>   Smart Capital Investments IV, LLC, and<br>9  Smart Capital Investments V LLC,<br>   Landlord |  |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HAWKEYE ENTERTAINMENT, LLC,<br><br>Debtor. | Case No. 1:19-bk-12102-MT<br><br>Chapter 11<br><br>**ORDER DENYING DEBTOR AND DEBTOR-IN-POSSESSION'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AGAINST THE LANDLORD PURSUANT TO FRCP, RULE 65** |

On February 5, 2021, at 10:00 a.m., Hawkeye Entertainment, LLC's "Debtor And Debtor-In-Possession's Notice Of Emergency Motion And Emergency Motion For A Temporary Restraining Order Against The Landlord Pursuant To FRCP, Rule 65" (Docket No. 280, the "Emergency Motion") came for a continued hearing before this Court. Fadi K. Rasheed, Esq. appeared on behalf of Hawkeye Entertainment, LLC. Steven F. Werth, Esq. appeared on behalf of Smart Capital Investments I, LLC, Smart Capital Investments II, LLC, Smart Capital Investments III, LLC, Smart Capital Investments IV, LLC, and Smart Capital Investments V, LLC.

SFW 2707414v16

The Court considered the Emergency Motion and the statements and arguments made by counsel at the hearing on the Emergency Motion. For the reasons stated on the record at the hearing on the Emergency Motion, the Emergency Motion is denied.

**IT IS SO ORDERED.**

###

Date: February 17, 2021

*Maureen A. Tighe* (signature)
Maureen A. Tighe
United States Bankruptcy Judge